IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03078-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

ZACARIAS MOUSSAOUI,

    Plaintiff,

v.

AL JAZEERA TV STATION QATAR,

    Defendant.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

Plaintiff Zacarias Moussaoui is in the custody of the Bureau of Prisons, currently incarcerated at Florence ADMAX.  On October 13, 2020, he submitted *pro se* a Prisoner Complaint asserting claims of conspiracy and providing material support to terrorists. (ECF No. 1)[1].

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the document submitted is deficient as described in this Order.  Mr. Moussaoui is directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Mr. Moussaoui files in response to this Order must be labeled with the civil action number identified on this Order.

---

[1] "(ECF No. 1)" identifies the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). This manner of identifying a document on the electronic docket is used throughout this order.

1

**28 U.S.C. § 1915 Motion and Affidavit**:
- (1) _X_ is not submitted
- (2) ___ is missing affidavit
- (3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
- (4) ___ is missing certificate showing current balance in prison account
- (5) ___ is missing required financial information
- (6) _X_ is missing authorization to calculate and disburse filing fee payments
- (7) ___ is missing an original signature by the plaintiff
- (8) ___ is not on proper form
- (9) ___ names in caption do not match names in caption of complaint, petition or habeas application
- (10) _X_ other: In the alternative, Plaintiff may pay $400.00 administrative and filing fees.

**Complaint, Petition, or Application**:
- (11) ___ is not submitted
- (12) ___ is not on proper form
- (13) ___ is missing an original signature by the Plaintiff
- (14) _X_ is missing: Sections C, E., and F. must be completed with accurate information
- (15) ___ uses et al. instead of listing all parties in caption
- (16) ___ names in caption do not match names in text
- (17) _X_ addresses must be provided for all defendants in "Section B. Defendant(s) Information" of prisoner complaint
- (18) ___ other:

Accordingly, it is

ORDERED that Mr. Moussaoui cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Mr. Moussaoui files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that the Clerk of Court shall mail to Mr. Moussaoui two copies of the court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with one copy of the applicable instructions. If Mr. Moussaoui needs additional copies of the

court-approved forms or instructions, he shall obtain them (with the assistance of his case manager or the facility's legal assistant) at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Moussaoui fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED October 15, 2020.

BY THE COURT:

s/ Gordon P. Gallagher  
United States Magistrate Judge
